**Linda MIANO, Plaintiff—Appellant,**

v.

**Jo Anne BARNHART, Commissioner of Social Security, Defendant— Appellee.**

No. 03–2431.

United States Court of Appeals, Fourth Circuit.

Submitted May 28, 2004.

Decided June 17, 2004.

915

Martin Wegbreit, Southwest Virginia Legal Aid Society, Castlewood, Virginia, for Appellant.

Patricia M. Smith, Acting Regional Chief Counsel, Region III, Taryn F. Goldstein, Assistant Regional Counsel, Philadelphia, Pennsylvania, John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Linda Miano appeals the magistrate judge's order affirming the Commissioner's denial of supplemental security income benefits.* We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the record and the briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Miano v. Barnhart,* No. CA–02–162–1 (W.D.Va. Sept. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

* The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2)